CALIFORNIA ET AL. *v.* UNITED STATES ET AL.

No. 87–1165. Argued November 28, 1988—Decided June 12, 1989

*Jerome C. Muys* argued the cause for petitioners. With him on the briefs were *Warren J. Abbott, Fred Vendig, Karen L. Tachiki, James F. Roberts, Justin McCarthy, John K. Van de Kamp*, Attorney General of California, *R. H. Connett* and *N. Gregory Taylor*, Assistant Attorneys General, and *Douglas B. Noble*, Deputy Attorney General, *Robert K. Corbin*, Attorney General of Arizona, and *Anthony B. Ching*, Solicitor General.

*Edwin S. Kneedler* argued the cause for the United States. With him on the brief were *Solicitor General Fried, Assistant Attorney General Marzulla, Deputy Solicitor General Wallace, Edward J. Shawaker*, and *Sarah P. Robinson. Dale T. White* argued the cause for the tribal respondents. With him on the brief were *William E. Strickland* and *Scott B. McElroy.**

PER CURIAM.

The judgment below is affirmed by an equally divided Court.

JUSTICE MARSHALL took no part in the consideration or decision of this case.

---

*Richard Dauphinais* filed a brief for the Klamath Tribe et al. as *amici curiae* urging affirmance.